AARON D. MOREY, *Appellant, v.* CHRISTIAN FISHER, *Respondent.*— Declined to be heard for the reason that it does not appear from the appeal papers that the case has been settled by the trial judge.

FRANCES H. N. WHITING and others, *Appellants, v.* THE CITY BANK OF ROCHESTER, *Respondent.*— Judgment and order affirmed.

H. WINSOR ARNOLD, *Appellant and Respondent, v.* HARVEY PARMELEE, *Respondent and Appellant.*— Judgment affirmed without costs of these appeals to either party. HAIGHT, J., not sitting.

THE WHEELER & MELICK CO., *Respondent, v.* JOSEPH E. ALDRICH, *Appellant.*— Judgment and order reversed, and new trial ordered, costs to abide event. *Held,* that the testimony of the witness Dodge as to statements made to him by Samuel N. Andrews was hearsay and incompetent evidence, and, as it may have prejudiced the defendant, its reception was error. HARDIN, J., not sitting.

MARTIN S. CUYKENDALL, *as Receiver, Respondent, v.* THOMAS J. MANRO, *Appellant.*— Judgment affirmed.

MARTIN S. CUYKENDALL, *as Receiver, Respondent, v.* GARRETT SCOTT, *Appellant.*— Judgment affirmed.

MICHAEL KENNEDY, *Appellant, v.* NELSON P. BURKES, *as Administrator, etc., Respondent.* — Order of Special Term affirmed, with costs.

HENRY LOTH, *Respondent, v.* NELSON WITHERIL, *Appellant.*— Judgment and order reversed, and new trial ordered, costs to abide event.

WILLIAM DUFFUS, *Appellant, v.* DANIEL G. BARBER, *Respondent.* — Judgment and order reversed, and new trial ordered in County Court of Onondaga, with costs to abide event. Opinion by HARDIN J.

TIMOTHY A. SMITH and another, *Appellants, v.* MOSES H. CROSS AND MARY J. CROSS and others, *Respondents.*— Judgment affirmed, with costs. Opinion by HARDIN, J.

CATHARINE HUGHES, *Respondent, v.* JOHN D. GRIFFITH, *Appellant.*— Judgment affirmed, with costs. Opinion by SMITH, J.

GEORGE BENNINGHOFF, *Respondent, v.* THE AGRICULTURAL INSURANCE COMPANY, *Appellant.*— Judgment affirmed.

FRANCIS GRATTAN, *Respondent, v.* PHILANDER W. FOBES, *as Successor, etc., Appellant.*— Judgment reversed and new trial granted in the County Court, costs to abide event. Opinion by SMITH, J.